JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALVAREZ,<br><br>        Petitioner,<br><br>vs.<br><br>KENNETH HARRINGTON, Warden,<br><br>        Respondent. | Case No. EDCV 10-387-SVW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: September 22, 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE